IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BIG HART MINISTRIES ASSOCIATION INC. a/k/a BIG HEART MINISTRIES, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 3-07-CV-00216 |
| CITY OF DALLAS, | § § § | |
| Defendant. | § | |

**PLAINTIFFS BIG HART MINISTRIES ASSOCIATION INC. ET AL.'S
RESPONSE TO CITY OF DALLAS' MOTION FOR SUMMARY JUDGMENT**

Big Hart Ministries Association Inc. ("Big Hart"), Rip Parker Memorial Homeless Ministry ("RPMHM"), and William Edwards ("Edwards") (collectively "Plaintiffs") file this Response in Opposition to the City of Dallas' ("the City") Motion for Summary Judgment ("the Motion"). The Motion's utter failure to identify portions of the record supporting the City's arguments mandates that the Court deny the Motion. Furthermore, summary judgment is not warranted because, for each claim, Plaintiffs can prove they will prevail at trial or genuine issues of material fact exist. For these and the other reasons stated in Plaintiffs' brief in support of this response, this Court should deny the City's Summary Judgment Motion in its entirety.

DATED: November 5, 2010            Respectfully,

                                   By:  s/ Deidra Penny
                                        Deidra Penny
                                        Lead Counsel
                                        Texas Bar No. 24036668
                                        HOWREY LLP

        1111 Louisiana, 25th Floor
        Houston, TX  77002-5242
        Telephone:  (713) 654-7668
        Facsimile:  (713) 787-1440
        Email: pennyd@howrey.com

        Tulin Ozdeger
        National Law Center on Homelessness & Poverty
        1411 K Street NW, Suite 1400
        Washington, DC 20005
        Telephone:  (202) 638-2535
        Facsimile:  (202) 628-2737
        Email:  tozdeger@nlchp.org

        ATTORNEYS FOR PLAINTIFFS
        Big Hart Ministries a/k/a Big Heart Ministries,
        the Rip Parker Memorial Homeless Ministry,
        and William Edwards

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.

        s/ Deidra Penny_____
        Deidra Penny, Attorney for Plaintiffs